# BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

www.bartlit-beck.com

DENVER OFFICE

1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE:  (303) 592-3140

CHICAGO OFFICE

COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60654
TELEPHONE: (312) 494-4400
FACSIMILE:  (312) 494-4440

WRITER'S DIRECT DIAL:
(303) 592-3156
carolyn.frantz@bartlit-beck.com

October 21, 2013

**By Electronic Court Filing**

The Honorable Lewis A. Kaplan
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   *Yahoo! Inc. v. Microsoft Corp.,* **13 Civ 7237 (LAK)**

Dear Judge Kaplan:

On October 18, 2013, the Honorable Robert P. Patterson granted an oral motion for my *pro hac vice* admission to appear in the above-captioned case on behalf of Respondent and Cross-Petitioner Microsoft Corporation.  Pursuant to the Court's Instructions for Admission *Pro Hac Vice* by Oral Motion, I attach here as Exhibit A, true and correct copies of a Certificate of Good Standing issued by the Bar of the State of Illinois and by the Bar of the State of Colorado, of which I am a member in good standing.  In addition, I have paid the fee for Admission *Pro Hac Vice* on the ECF system.

Very truly yours,

Carolyn Frantz

CF/pg
Attachments