SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Robert A. Fumerton
Four Times Square
New York, New York 10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
Yahoo! Inc.,                                              :
                                                          :
                          Petitioner,                     :     Civil Index No. 13-cv-7237(LAK)
                                                          :
              v.                                          :     **NOTICE OF APPEAL**
                                                          :
Microsoft Corporation,                                    :
                                                          :
                          Respondent.                     :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

      Notice is hereby given that Yahoo! Inc. ("Yahoo"), petitioner in the above named

case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final

Opinion & Order issued in this action on October 21, 2013 (Docket No. 26), which granted

Microsoft Corporation's cross-petition to confirm the arbitration award.  Yahoo intends to

request that the Second Circuit Court of Appeals decide the appeal on an expedited basis.

Dated:   New York, New York
         October 22, 2013

                                      /s/ Robert A. Fumerton
                                Robert A. Fumerton
                                SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000
                                Robert.Fumerton@skadden.com

                                *Attorneys for Petitioner Yahoo! Inc.*

To:

Richard S. Goldstein
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5151
Rgoldstein@orrick.com

Philip S. Beck
Mark S. Ouweleen
Steven E. Derringer
Christopher R. Hagale
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
54 West Hubbard Street Ste 300
Chicago, IL 60610
(312) 494-4400
philip.beck@bartlit-beck.com
mark.ouweleen@bartlit-beck.com
steve.derringer@bartlit-beck.com
chris.hagale@bartlit-beck.com

*Attorneys for Respondent*
 *Microsoft Corporation*