USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YAHOO! INC.,

                    Petitioner and
                    Cross-Respondent,            13 CV 7237

       - against -                                      **ORDER**

MICROSOFT CORPORATION,

                    Respondent and
                    Cross-Petitioner.
-----------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      On November 7, 2013, the United States Court of Appeals for the Second Circuit ordered that the appeal of this Court's ruling in Yahoo! Inc. v. Microsoft Corp., 13 CV 7237, was to be heard on an expedited basis, with oral argument to be heard as soon as possible on or after January 16, 2014. The Second Circuit also remanded the matter to this Court for the limited purpose of revising the schedule for compliance with the Emergency Arbitrator's award, and ordered that this Court may exercise its discretion to refer the matter to the Emergency Arbitrator to have that arbitrator reset the schedule.

      The Emergency Arbitrator, Mr. William L.D. Barrett, is familiar with the facts of this case and has indicated that he is available to reset the schedule in this matter. Therefore, the matter is referred to the Emergency Arbitrator for the purpose of revising the schedule. It is ordered that the Emergency Arbitrator should act with all practicable expedition to revise the schedule, based on submissions from both Yahoo! Inc. and Microsoft Corporation.

IT IS SO ORDERED.

Dated: New York, New York
November 8, 2013

_____
Robert P. Patterson, Jr.
United States District Judge

*Counsel for Petitioner and Cross-Respondent, Yahoo! Inc.:*

**Alexander C Drylewski**
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
42nd floor
New York, NY 10036
(212) 735-3000
Fax: (917)-777-2129
Email: alexander.drylewski@skadden.com

**Patrick George Rideout**
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2702
Fax: (917)-777-3702
Email: patrick.rideout@skadden.com

**Robert Alexander Fumerton**
Skadden, Arps, Slate,Meagher & Flom LLP(IIA)
Four Times Sq.,
New York, NY 10036
(212)-735-3902
Fax: (212)-777-3902
Email: robert.fumerton@skadden.com

*Counsel for Respondent and Cross-Petitioner, Microsoft Corp.:*

**Richard Scott Goldstein**
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212-506-5000
Fax: 212-506-5151
Email: rgoldstein@orrick.com